# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY WALTER FOSTER, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, <br><br> Defendant. | Case No. CIV-13-004-RAW-SPS |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 12, 2014, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 27th day of March, 2014.

**Dated this 27th day of March, 2014.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma